In the Matter of the Arbitration of a Controversy between BOTANY WORSTED MILLS, Appellant, and HENRY FRIEDRICKS and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

ANGELA SHEFCHUK, as Administratrix, etc., of PAUL ANTHONY SHEFCHUK, Deceased, Respondent, v. EMPIRE TRUST COMPANY and Others, Appellants.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

BEN BURK, INC., Appellant, v. DAVID SCHMUCKLER, Respondent.— Order unanimously reversed, with twenty dollars costs and disbursements, and the question as to whether defendant is guilty of contempt referred to Hon. James A. O'Gorman, official referee, to hear and report to Special Term after proof has been taken. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

JULIUS A. LEVY, Respondent, v. SNEAD & Co. and Another, Defendants, Impleaded with STEWART SALES MACHINE CORPORATION, Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and the issues referred to Hon. James A. O'Gorman, official referee, to hear and report to Special Term. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

FRIEDA S. MILLER, as Industrial Commissioner of the State of New York, on Behalf of THE STATE INSURANCE FUND, v. GARFORD LABORATORIES, INC., and Another.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 838.] Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

In the Matter of the Application of PAUL H. WASMUND and Others for an Order against FIORELLO H. LAGUARDIA, as Mayor, and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CONSOLIDATED BIOLOGICAL PRODUCTS, INC., v. WILLIAM STANLEY MILLER and Others, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

In the Matter of Supplementary Proceedings: BETTY CROSNEY, as Administratrix, etc., of SAM BERNARD, Deceased, v. F. D'ONOFRIO, INC., and FORTUNATO D'ONOFRIO and Another.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley and Glennon, JJ.

In the Matter of the Arbitration between ALEXANDER B. GALE and ERWIN R. HILTS.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

DOROTHY KRETS LEHMANN v. FRANZ B. LEHMANN.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

DOROTHY KRETS LEHMANN v. FRANZ B. LEHMANN. — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.